# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STIEFEL LABORATORIES, INC. and STIEFEL RESEARCH AUSTRALIA PTY. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> COBREK PHARMACEUTICALS, INC. and PERRIGO COMPANY, <br><br> Defendants. | C.A. No. 09-00167 SLR |

## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Defendant Perrigo Company, by its attorneys in accordance with Federal Rule of Civil Procedure 7.1(a), states as follows:

There is no parent corporation or any publicly held corporation owning 10% or more of Perrigo Company's stock.

| | |
|---|---|
| Dated: April 7, 2009 | By: /s/ [signature]<br>JOHN C. PHILLIPS, JR., Esquire (#110)<br>BRIAN E. FARNAN, Esquire (#4089)<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br>jcp@pgslaw.com<br>bef@pgslaw.com<br><br>-and-<br><br>Christine J. Siwik<br>William A. Rakoczy<br>Alice L. Riechers<br>RAKOCZY MOLINO MAZZOCHI SIWIK LLP<br>6 West Hubbard Street, Suite 500<br>Chicago, IL 60654<br>(312) 222.6304 (telephone)<br>(312) 222.6324 (facsimile)<br><br>*Attorneys for Defendant Perrigo Co.* |