IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STIEFEL LABORATORIES, INC. and STIEFEL RESEARCH AUSTRALIA PTY. LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>COBREK PHARMACEUTICALS, INC. and PERRIGO COMPANY,<br><br>Defendants. | C.A. No. 09-00167 SLR-LPS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 1, 2010, a copy of Defendant Cobrek Pharmaceuticals, Inc.'s Fourth Set of Requests for Production of Documents and Things (No. 100) was served on the following as indicated:

<u>Via Hand Delivery and E-Mail</u>
Jack Blumenfeld
Karen Jacobs Louden
MORRIS, NICHOLS, ARSHI & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801

<u>Via E-Mail</u>
Andrew M. Berdon
Robert B. Wilson
Mark D. Baker
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

Respectfully submitted,

Date: February 1, 2010

PHILLIPS, GOLDMAN & SPENCE, P.A.

By: /s/ Brian E. Farnan
John C. Phillips, Jr. (Bar No. 110)
Brian E. Farnan (Bar No. 4089)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200 (telephone)
(302) 655-4210 (facsimile)
jcp@pgslaw.com
bef@pgslaw.com

- and -

Christine J. Siwik (admitted *pro hac vice*)
William A. Rakoczy (admitted *pro hac vice*)
Alice L. Riechers (admitted *pro hac vice*)
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60654
(312) 222.6304 (telephone)
(312) 222.6324 (facsimile)

*Attorneys for Defendants*